Robert L. Lieff (CSB No. 037568)
Elizabeth J. Cabraser (CSB No. 083151)
Robert J. Nelson (CSB No. 132797)
Sarah R. London (CSB No. 267083)
Wilson M. Dunlavey (CSB No. 307719)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Lynn Lincoln Sarko
*(Admitted Pro Hac Vice)*
Gretchen Freeman Cappio
*(Admitted Pro Hac Vice)*
Daniel Mensher
*(Admitted Pro Hac Vice)*
**KELLER ROHRBACK L.L.P.**
1201 Third Ave., Suite 3200
Seattle, WA 98101
Telephone:  (206) 623-1900
Facsimile:   (206) 623-3384

Juli Farris (State Bar No. 141716)
Matthew J. Preusch (CSB No. 298144)
Lisa Faye Petak (CSB No. 300914)
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone:  (805) 456-1496
Facsimile:  (805) 456-1497

A. Barry Cappello (CSB No. 037835)
Leila J. Noël (CSB No. 114307)
Lawrence J. Conlan (CSB No. 221350)
David L. Cousineau (CSB No. 298801)
**CAPPELLO & NOËL LLP**
831 State Street
Santa Barbara, CA 93101-3227
Telephone: (805) 564-2444
Facsimile: (805) 965-5950

William M. Audet (CSB No. 117456)
Ling Y. Kuang (CSB No. 296873)
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

*Lead Counsel for Plaintiff Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KEITH ANDREWS, an individual,
TIFFANI ANDREWS, an individual.
BACIU FAMILY LLC, a California
limited liability company, ROBERT
BOYDSTON, an individual. CAPTAIN
JACK'S SANTA BARBARA TOURS,
LLC, a California limited liability
company, MORGAN CASTAGNOLA, an
individual, THE EAGLE FLEET. LLC., a
California limited liability company,
ZACHARY FRAZIER, an individual,
MIKE GANDALL, an individual,
ALEXANDRA B. GEREMIA, as Trustee
for the Alexandra Geremia Family Trust
dated 8/5/1998, JIM GUELKER, an
individual, JACQUES HABRA, an
individual, ISURF, LLC, a California

**Case No.  2:15-cv-04113-PSG-JEM**

[Consolidated with Case Nos. 2:15-CV- 04573 PSG (JEMx), 2:15-CV-4759 PSG (JEMx), 2:15-CV-4989 PSG (JEMx), 2:15-CV-05118 PSG (JEMx), 2:15-CV- 07051- PSG (JEMx)]

**CLASS ACTION**

**DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

15004.001 - 250440.5

limited liability company, MARK KIRKHART, an individual, MARY KIRKHART, an individual, RICHARD LILYGREN, an individual, HWA HONG MUH, an individual, OCEAN ANGEL IV, LLC, a California limited liability company, PACIFIC RIM FISHERIES. INC, a California corporation, SARAH RATHBONE, an individual, COMMUNITY SEAFOOD LLC, a California limited liability company, SANTA BARBARA UNI, INC., a California corporation, SOUTHERN CAL SEAFOOD, INC., a California corporation, TRACTIDE MARINE CORP., a California corporation, WEI INTERNATIONAL TRADING INC., a California corporation and STEPHEN WILSON, an individual, individually and on behalf of others similarly situated,

Plaintiffs,

v.

PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10,

Defendants.

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4830-1975-9435, v. 3-8923-7835, v. 1

## DECLARATION OF IGOR MEZIĆ, PHD.

I, Igor Mezić, PhD, declare as follows:

1.      I am a co-founder and Chief Technology Advisor of AIMdyn, Inc.  I am also a Professor at the University of California, Santa Barbara and a Fellow of the American Physical Society, the premier organization of researchers in physical sciences, and the Society for Industrial and Applied Mathematics, the premier organization of researchers in Applied Mathematics.  My research focuses on identifying key physical phenomena in a complex device or a natural system, and using that information to create forecasts or design new concepts on which devices can be built or improved.

2.      For example, complex natural phenomena such as dispersion of oil on and below the ocean surface involve a large set of physical phenomena. Nonetheless, accurate predictions of where oil will flow can be made by identifying the key indicators (phenomena) that impact the flow and then computing where they will direct the flow.  Such indicators and associated algorithms exist for a number of complex physical processes that involve mixing, including oil spills, jet engine instabilities and building energy efficiency indicators.  As a result of my work in this area of research, the American Physical Society elected me as a Fellow for my "fundamental contributions to the theory of three-dimensional chaotic advection, measures and control of mixing, and development of a spectral operator theory approach to decomposition of complex fluid flows."  In addition, the Society for Applied and Industrial Mathematics elected me as a Fellow for "sustained innovation at the dynamical systems theory/applications interface; notably for advances in the use of Koopman operator theory.

## **<u>ASSIGNMENT</u>**

3.      Plaintiffs in this action retained my services to develop an analysis to determine, to a reasonable degree of scientific certainty, where the oil from the Line 901 spill flowed in the ocean, including: (1) what geographic area it covered; (2)

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v.  8

where it became submerged; (3) where it washed ashore; and (4) the extent to which submerged oil reemerged onto the surface areas of the ocean.

4. In my prior declarations (Declaration of Igor Mezic, Ph.D., in Support of Plaintiffs' Motion for Class Certification [Dkt. 128], and Rebuttal Declaration of Igor Mezic, Ph.D. [Dkt. 216]), I explained how I could develop such an analysis, provided background on how oil "moves" in oceans, and presented the results of my preliminary analysis.[1]

5. After the February 27, 2017 hearing, Plaintiffs asked that I complete my analysis on this and determine, to a reasonable degree of scientific certainty, where the oil from the Line 901 spill flowed in the ocean, including all of the above parameters. I have completed that work, and the results are presented in this declaration.

6. My company, Aimdyn is being compensated $350/hour for my work on this assignment.

## PROFESSIONAL BACKGROUND

7. My research and teaching over the past twenty-eight years intersect the fields of fluid mechanics and mathematics. My undergraduate degree is in Mechanical Engineering, with emphasis on Thermal and Fluids Engineering. I received a Doctor of Philosophy (Ph.D.) from the California Institute of Technology ("Caltech"), within the Applied Mechanics Program, based on my Thesis entitled "On Geometrical and Statistical Properties of Dynamical Systems: Theory and Applications." In my thesis, among other contributions, I developed a methodology to study kinematics of three-dimensional fluid flows, and published it in the paper Mezić, I., and Stephen Wiggins. "On the integrability and perturbation of three-dimensional fluid flows with symmetry." *Journal of Nonlinear Science* 4

---

[1] Defendants filed a motion to strike my prior declarations, but the Court denied that motion. (Order GRANTING IN PART and DENYING IN PART Plaintiffs' Motion for Class Certification, and DENYING Motions to Strike [Dkt. #257], pp. 9 and 13.)

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v.  8

.1 (1994): 157-194.  This led to a series of research papers on three-dimensional motion of fluid particles and fluid mixtures, such as dye-water mixtures.  I was credited with the development of this theory when I was inducted into the Fellowship of the American Physical Society, and based part of my analysis of advective and diffusive effects of the Line 901 spill on developments that followed from it.

8.     I was a postdoctoral fellow at the Mathematics Institute of the University of Warwick in the United Kingdom in 1994-1995.  Beginning in 1995, I was an Assistant Professor at the University of California, Santa Barbara ("UCSB") and I started a Nonlinear Dynamics research group at UCSB in 1995.

9.     From 2000-2001, I was an Associate Professor at Harvard University. During that time I researched and then published one of the most cited papers on mixing in the history of the subject, in the prestigious journal Science.  (Stroock, A. D., Dertinger, S. K., Ajdari, A., Mezić, I., Stone, H. A., & Whitesides, G. M., "Chaotic Mixer For Microchannels," *Science* 295, 647-651 (2002).)  This paper was subject to strict peer review prior to publication, and involved a number of the issues related to my analysis in this case.

10.     I returned to UCSB and became a Full Professor there in 2003.  In 2006, I co-founded the Institute for Energy Efficiency at UCSB, where I still serve as the Head of Buildings and Design Group and Director of the Center for Energy Efficient Design.

11.     I have received awards in three different scientific disciplines: automatic control; mathematics and dynamical systems theory; and technology development based on basic science.  Among other awards, I was the recipient of the prestigious Sloan Fellowship in Mathematics in 1999.  For my work on technology related to jet engines produced by Pratt and Whitney, I was awarded the United Technologies Senior Vice President's Special Award in 2007.  My research and work involved a combination of fluid flow processes of complexity similar to

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v.  8

the problem that is considered here.  I was inducted to be the Fellow of the American Physical Society in 2016 and Fellow of the Society for Industrial and Applied Mathematics in 2017.  I also have given a number of Plenary and Keynote lectures at conferences in Asia, Europe and the Americas on subjects similar to those discussed in this declaration.

12.     I am a co-Founder of three companies that produce software and hardware related to flow processes: Aimdyn, iFluidics and Ecorithm. Aimdyn, Inc. was established in 2003 to develop powerful forecasting technologies for broad use in industry.  Amongst its customers and collaborators are large corporations such as United Technologies, Ford and Cummins; researchers at prominent universities such as Princeton University; as well as preeminent national research agencies such as DARPA (Defense Advanced Research Project Agency) and NIH (the National Institutes of Health).  Aimdyn has developed a suite of software tools that enable users to forecast and propose best remedial or control action for engineered or natural systems.  Aimdyn has a depth of expertise in flow mechanics, mechanical engineering, automatic control, vehicle terrain or ocean coverage and cleanup strategies and has developed proprietary software in each of these fields.

13.     Many of the methods applicable to my analysis of where the oil flowed after entering the ocean relate to the topics described above, which I have been researching and applying for the past 28 years.

14.     This is the only matter in which I have provided expert testimony in the last four years.

15.     A copy of my CV is attached as Exhibit A.

**PREDICTING THE FLOW OF OIL IN THE OCEAN**

16.     As noted above and in my prior declaration, years before the Deepwater Horizon oil spill, I developed an algorithm that I believed could be used to more accurately predict where the oil would flow in situations like that which ended up occurring in the Deepwater Horizon spill.  That algorithm had been

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v.  8

presented – to positive reviews – in lectures at the California Institute of Technology and the École Normale Supérieure in Paris.

17. After the Deepwater Horizon oil spill, and based on information available during that oil spill, I ran calculations through my algorithm and plotted where the oil would likely flow. Satellite observations of the oil slick confirmed the accuracy of my analysis.

18. The type of modeling that led to accurate prediction of oil distribution during the Deepwater Horizon oil spill has been subjected to a high degree of scrutiny. The analysis and modeling underwent strict peer review and then was published in the journal Science in 2010. (Mezić, Igor, et al., "A New Mixing Diagnostic and Gulf Oil Spill Movement," *Science* 330, 486-489 (2010).) The publication of the analysis in Science attracted the attention of the scientific community. According to Google Scholar, the work has been cited more than 100 times since its publication.

19. The analysis was expanded by looking at the behavior of the microbiological populations in the Gulf and their behavior during and after the Deepwater Horizon oil spill. The expanded work was invited for publication, and then published, in the Proceedings of the National Academies of Sciences by the then Administrator of NOAA and Under Secretary of Commerce for Oceans and Atmosphere, Dr. Jane Lubchenco. (Valentine, D., Mezić, I., Macesic, S., et al., "Dynamic Autoinoculation and the Microbial Ecology of a Deep Water Hydrocarbon Irruption," *Proceedings of the National Academy of Sciences* 109, 20286-20291 (2012).) This article also was subject to rigorous peer review. The article concluded that the analysis – performed using an ocean model – accounted for 80-90% of observed data within a kilometer range.

20. The analysis has been tested, subjected to peer review, published and is generally accepted in the scientific community. The analysis predicts, to reasonable degree of scientific certainty, the pathways of oil flowing from a spill

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v. 8

site.  The location of predicted pathways can be compared with the location of the observations from overflight data, satellite data, microbiological tests and shoreline samples, when such observations exist.  Strict standards for processing of data are utilized when applying the methodology, the most important ones being the time and space resolution standards.  The acceptance of the methodology in the scientific community is broad, with hundreds of papers citing its relevance for prediction of properties of mixing processes and oil spills.

21.    A key component of this model is that it is able to derive the key flow structures in the ocean that impact the distribution of oil during and after a spill.  These structures are not uniform in space, and produce what is known as an "effective diffusivity" that depends on non-uniform flow structures.  This, in turn, is referred to as the spatial dependence of effective diffusivity.

22.    By way of example, and speaking in simplified terms, ocean flows have three primary types of structures that can carry oil.  Each impacts oil differently.  (1) Eddies are rotational, relatively slow mixing zones.  Oil will either not enter these zones or will enter them slowly and then rotate within the confined area of the eddy until the eddy, or a portion of the eddy, becomes a different structure. (2) Shear regions move linearly in one spatial direction at a time and can change direction multiple times over the course of the day.  Oil readily enters these regions, is stretched, and generally moves in the direction the shear region is moving.  When the shear region's direction changes back and forth, the oil effectively sloshes back and forth.  (3) Mixing zones are regions where rotational and shear motion is combined to produce a mixture over a surface area.  In these zones, oil is repeatedly stretched and then folded back on itself, similar to how hand-pulled noodles are made.

23.    Returning to the concept of the spatial dependence of effective diffusivity, the oil is pushed or pulled (effective diffusivity) differently based on where and when it encounters each structure (spatial dependence).

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v.  8

24. Eddies, shear regions, and mixing zones can be identified based on velocity – the rate at which positions in the ocean change. Information on velocity is readily available, either through actual data from high frequency radar measurements or through computed data.

25. The approach to calculating distinguished structures that are responsible for dispersion in ocean flows relies on following oil-carrying fluid volume tracks over a finite period of time corresponding to the period over which a prediction is required. For this, the velocity field v of the ocean is needed as an input. This is supplied either by a numerical model (as was the case during the Deepwater Horizon oil spill) or measured velocities (as was the case during the Refugio oil spill).

26. Once you have the velocity field, you compute its average over particle tracks over a finite period, and call it v*, the average Lagrangian velocity. This quantity depends on the initial position of the oil particles and the time period over which it is computed.

27. The crucial step comes next: You compute the difference in average Lagrangian velocities that nearby oil particles experience. That difference is labeled $\nabla v^*$. This is a matrix that depends on initial conditions and the time-period T. You then categorize the different regions by the values of the determinant of that matrix, $\det \nabla v^*$. The negative values of this quantity correspond to rotation with strain of nearby particles, and are presented graphically in red. The positive values, less than $4/T^2$, represent elliptic, quiescent regions and are labeled green or white. The positive values, larger than $4/T^2$, represent hyperbolic behavior and are shown in figures by blue color.

28. Streaks of red and blue next to each other can be interpreted as shear zones, where the distribution of oil gets stretched along in the direction of the streak. Green zones can be interpreted as the regions where the motion of the oil does not produce much deformation in the shape of its spatial distributions. Zones

7

4826-3708-6517, v. 8

with intricate mixtures of red and blue can be interpreted as mixing areas where the oil is spread over a substantial portion of the affected field. These structures are jointly called hypergraph structures.

29. Once the distribution of these structures at different points in time are identified, other relevant data is incorporated to determine to a reasonable degree of scientific certainty where the oil is going to flow. For example, wind effects and evaporation effects can be included using appropriate modeling tools, as described below.

<u>THE PRELIMINARY HYPERGRAPH ANALYSIS</u>

30. A hypergraph analysis was performed to validate the accuracy of the velocity field. This analysis considered the flow structures in the relevant area over 30 days following the spill. This was the first step of my analysis. Actual oil sightings confirm the validity of this analysis.

31. Based on the scientific method I employed, the scrutiny applied to that method, and real-world confirmation through oil sightings, I conclude that the velocity field accuracy is sufficient to identify, using additional analysis, the geographic area the oil covered to a reasonable degree of scientific certainty.

<u>THE ANALYSIS OF THE LINE 901 SPILL</u>

32. Because I have obtained daily velocity data and other relevant information, I have determined to a reasonable degree of scientific certainty what happened to the oil between the time of the Line 901 spill through the present.

33. The analysis took the following approach:

- Velocity data was obtained from high frequency radar measurements. This serves as the previously described velocity field v.

- The initial distribution of oil in near-shore region was determined. Subsequent distribution of oil was determined and compared with hypergraph structures. This was performed using industry-accepted

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v. 8

equations modeling near-shore behavior taking into account diffusion caused by winds and waves and also turbulence.

- Wind data was incorporated into the analysis through industry-accepted methodologies and its effect on the distribution evaluated.

- Evaporation data was incorporated into the analysis and its effect on the distribution evaluated. This is a basic formula that has broad industry acceptance.

- The analysis of near-shore and off-shore processes has allowed me to determine where and when oil became submerged. 3-D modeling was incorporated to address submerged oil.

- The actual path the oil traveled through the ocean was determined by combining the information from the hypergraphs with particle tracking methodologies, another analysis that has broad industry acceptance.

- Uncertainty analysis was performed using Aimdyn's software GoSUMd in order to confirm the robustness of results to uncertainties.[2]

34.    Using this approach, I was able to provide an hour-by-hour analysis, allowing me to determine to a reasonable degree of scientific certainty where (and when) the oil travelled, became submerged, and washed ashore, and the extent to which unbeached oil has reappeared on the shoreline.

35.    The video in Exhibit B (on the zip drive provided to the Court and counsel as Attachment A) shows the time evolution of oil particles present on the surface of the ocean over 90 days.[3]

---

[2] The model accounts for beaching and unbeaching of particles, and this enables the determination of the duration of oiling on each segment of shoreline identified. I will perform that duration analysis in the future.

[3] The videos depict where and when the oil travelled. To the extent oil was cleaned off a given beach after it reached that beach, that will be included in the duration analysis I perform.

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v. 8

36.     To further confirm the validity of the analysis, the results of the analysis were compared to available data on where oil was actually identified. This included the NOAA flyover data and SCAT data regarding oil located on shore.

**ANALYSIS OF SCAT (Shoreline Cleanup Assessment Technique) DATA**

37.     Methods for conducting shoreline assessments and incorporating the results into the decision-making process for shoreline cleanup and subsequent analysis of the extent of oil spills, are all a part of the Shoreline Cleanup Assessment Technique (SCAT) program.  The SCAT program has become an integral component of spill response since the *Exxon Valdez* spill, which was the first spill where standard approaches for documentation, terminology, and decision-making were applied.[4]  Since then, many organizations have developed SCAT programs, manuals, field forms, job-aids, and training courses.  In North America, Environment Canada and the National Oceanic and Atmospheric Administration (NOAA) Office of Response & Restoration (OR&R) have developed similar SCAT programs and associated products.  Many improvements to SCAT were developed during the response to the 2004 *Selendang Ayu* spill in Alaska[5] and the 2007 M/V *Cosco Busan* spill in San Francisco Bay, including the introduction of Shoreline Treatment Recommendation (STR) forms and the proto-type SCAT database.

---

[4] Owens, E. H., and A. R. Teal. "Shoreline cleanup following the Exxon Valdez oil spill: Field data collection within the SCAT program." *Proceedings of the 13th Arctic and Marine Oil Spill Program Tech. Seminar, Environment Canada, Ottawa, ON*. 1990.

[5] Crosby, Clara, John Bauer, and Dale Gardner. "THE ALASKA SHORELINE CLEANUP GUIDANCE AND STANDARDS MANUAL." *International Oil Spill Conference*. Vol. 2008. No. 1. American Petroleum Institute, 2008.

Owens, E. H., et al. "M/V Selendang Ayu response: shoreline surveys and data management; treatment recommendations; and the completion Inspection process." *International Oil Spill Conference*. Vol. 2008. No. 1. American Petroleum Institute, 2008.

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v.  8

38.     During the *Deepwater Horizon* oil spill, up to 26 SCAT teams, consisting of Federal, State, local, and BP representatives, conducted field surveys to document the location, degree, and character of shoreline oiling using standard methods and terminology for over three years.  As of May 2013, this effort involved over 7,100 SCAT team-days during which 7,058 kilometers (km) of shoreline were surveyed; however, over 46,000 km of total shoreline have been surveyed, because of the many repeated surveys of the same sections of shoreline over time.  A robust SCAT database and reporting tools were refined and became essential to managing the data from this large SCAT effort.

39.     There can be uncertainty associated with the SCAT methodology since it relies on human observations.  However, the SCAT data is reliable information for determining the amount of oil on a given beach at a given time.  In the process of creating the model, we optimized the match between the SCAT data and the simulation.

40.     SCAT data are used to generate statistics on the shoreline segments impacted by oil.  Two matrices that can be used to generate summary oiling descriptors, in terms of what is defined as "heavy", "medium," "light," and "very light" for a specific spill, are provided in Figure 1, below.  These oiling categories are defined based on the width of oiling bands on the shoreline (as measured perpendicular to the shoreline), the percent cover of oil within the band, and oil thickness using a two-step process:

- The width of the oil on the shoreline and the percent covered determines an initial oiling degree category using the top matrix; and
- The thickness of the oil then determines the final oiling degree category using the bottom matrix.

41.     For example, a shoreline with a >3 m band of oil with 100% coverage is initially classified as Heavy surface cover.  However, if the oil thickness is only a

4826-3708-6517, v.  8

stain or film, the final surface oil category is Light; if the oil thickness is >0.1 cm, the final surface oil category is Heavy.

| Step 1 | | Width of Oiled Area | | | |
|---|---|---|---|---|---|
| | | Wide >6 m | Medium >3 m to 6 m | Narrow >0.5 m to 3 m | Very Narrow <0.5 m |
| Oil Distribution | Continuous 91 – 100% | Heavy | Heavy | Moderate | Light |
| | Broken 51 – 90% | Heavy | Heavy | Moderate | Light |
| | Patchy 11 – 50% | Moderate | Moderate | Light | Very Light |
| | Sporadic 1 – 10% | Light | Light | Very Light | Very Light |
| | Trace < 1% | Very Light | Very Light | Very Light | Very Light |

| Step 2 | | Initial Categorization of Surface Oil | | | |
|---|---|---|---|---|---|
| | | Heavy | Moderate | Light | Very Light |
| Average Thickness | Pooled Oil > 1 cm | Heavy | Heavy | Moderate | Light |
| | Cover 0.1 – 1.0 cm | Heavy | Heavy | Moderate | Light |
| | Coat 0.01 – 0.1 cm | Moderate | Moderate | Light | Very Light |
| | Stain/Film < 0.01 cm | Light | Light | Very Light | Very Light |

Figure 1 - Summary Oiling Descriptors

42.    This procedure is adaptable for a specific spill condition and, when compared with observed concentration of oil on the shoreline, may lead to overlaps in categories that need to be resolved.  That was done in this case to determine shoreline oiling categories for the Line 901 oil spill.

43.    Figure 2 shows the categories of oiling on the shoreline that we determined using this procedure.  Attached as Exhibit C (on the zip drive, Attachment A) are the files that contain the numerical data that produced Figure 2 and the explanation file for the nomenclature.

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v.  8

Figure 2 – SCAT Shoreline Oiling Categories

## A.    Lagrangian Oil Transport Model

44.    We use the Lagrangian formulation of oil spill transport.  The spill is represented as a collection of discrete particles which are affected by vector fields (flow fields, validated using the technique described above) governing their movement.

45.    The ocean current velocity fields were acquired from HF Radar measurements at 2 km spatial resolution and 1 hour temporal resolution, while the wind velocity fields at 10 meters above sea level where acquired from COAMPS data servers for 3 hour temporal resolution and 4 km spatial resolution.  Both fields where linearly interpolated at the required location (be it particle locations or the center of the oil slick).  The surface particles are affected by the current velocity field, the wind velocity field and turbulent diffusivity terms while oil particles dispersed under the surface were not affected by the wind velocity field.

46.    The particle moving through the fluid undergoes Brownian motion, due to the action of incoherent turbulent motions.  This process is described with an effective diffusivity coefficient which governs the random walk motion of the particle at each given time step.

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT
OF PLAINTIFFS' RENEWED MOTION FOR CLASS
CERTIFICATION

4826-3708-6517, v.  8

47.    The model simulates particle beaching and unbeaching.  If the particle is about to enter the simulation cell situated on the shoreline, the particle status is set as beached.  The beaching of a particle may not be permanent. At subsequent time steps there is a probability that the particle may be washed back into the water.

**B.    Oil Fate Model**

48.    The changes of the surface oil volume are attributable to processes known collectively as weathering.  These include evaporation in which the lighter fractions of oil evaporate.  Oil particles can be dispersed below the water surface. A surface spill spreads mechanically over the water surface under the action of gravitational forces.  The model incorporates emulsification, the mixing of the water with the oil.  The weathering processes are considered separately for the zones of thick and thin slick (or sheen).

49.    In order to solve for the advection–diffusion processes, and compute surface oil volume concentration, dispersed oil volume concentration and beached oil volume concentration, we define the particle state variables.  The initial surface volume is broken into constituent particles that are characterized by a particle volume, by a particle status index (representing whether the particle is surfaced, dispersed or beached) and by a position vector.  A numerical grid is specified where we can count particles and compute the appropriate volumetric concentration.

**C.    Windage and Diffusion Coefficient Optimization**

50.    To determine the diffusion coefficient for random walk transport term as well as the windage coefficient which determines the percentage of wind velocity affecting the movement of the oil slick, an optimization analysis was performed using available data.

**D.    Duration of Oiling**

51.    The model of oil fate and transport that we have developed includes the full model of transport of oil on and below the surface, as well as the processes of beaching and unbeaching of oil particles.  The oiling on the beach segments

14

4826-3708-6517, v.  8

identified in this analysis will be modeled further to determine the total duration any of the identified beach segments was oiled.  The fate and unbeaching processes will ultimately lead to the very light or no oil observed state, pursuant to SCAT categories adjusted for no overlap.  Based on the analysis performed to date on the duration of oiling, it appears the presence of oil on the shoreline extended more than 100 days in some areas, while in others the presence of oil on the shoreline was shorter.

52.    The procedure indicated above includes any data assimilated from the SCAT process in the model.  Data assimilation procedures are well known to improve the accuracy of mathematical models.[6]

## CONCLUSIONS

53.    The results of the numerical simulation model match the SCAT observations well within the uncertainty of measurement. Thus, I have used the numerical simulation results to fill the categories where observations were missing.

54.     Both the analysis of SCAT data and the numerical simulation show the same trends of oiling on the shoreline: heavy oiling is observed next to the spill site, while moderate oiling areas are present as far south as Manhattan Beach.  In fact, some of the concentrations of oil from both the SCAT data and the simulation show concentrations of oil at Manhattan Beach similar to those relatively close to spill site.  This strongly indicates that natural seeps had minor influence on the oil concentration during the observation period.

///

///

///

[6] Cummings, James A. "Operational multivariate ocean data assimilation." *Quarterly Journal of the Royal Meteorological Society* 131.613 (2005): 3583-3604.

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517, v.  8

55.     As noted above, the video in Exhibit B (on the zip drive, Attachment A) shows the time evolution of oil particles present on the surface of the ocean over 90 days.  The largest impact is shown in the areas south of 901 line spill.  The spill turned southeast, and had major impact in the Santa Barbara channel, towards Ventura Coast and all the way southeast towards Manhattan Beach.  The same pattern is followed by oil dispersed below the surface, the volume of which is 7-8% of the volume of oil that reached the ocean.

56.     Based on the SCAT observations and the numerical simulation model, it is my opinion that the volume of oil that spilled from Line 901 and reached the ocean is far larger than the 598 barrels claimed by Plains,[7] or even the 1,400 barrels assumed by Dr. Boehm.[8]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July __10__, 2017, in Santa Barbara, California.

_____
Igor Mezić, PhD

_____

[7] March 9, 2017 Final Report prepared by Plains Pipeline, L.P., for the U.S. Coast Guard and the U.S. EPA, p. PLAINS-USCG-0284200, et seq., at p. PLAINS-USCG-0284444, selected pages attached as Exhibit G ("In sum, we believe the estimate of 598 bbl of oil reaching the Pacific Ocean and adjoining shoreline is a sound and rational estimate with a reasonable degree of scientific certainty").

[8] January 30, 2017 Rebuttal Declaration of Paul D. Boehm, Ph.D. ISO Opposition to Strike Defendants' Class Certification Expert Declarations [Dkt. # 235], p. 2, ¶ 6.

DECLARATION OF IGOR MEZIĆ, PHD, IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

4826-3708-6517 v 8

# EXHIBIT A

# Curriculum Vitae
October 2016.

**Name: IGOR MEZIĆ**

**Positions held:**

- *2008 - present:* Professor and Director,
  *Center for Energy-Efficient Design* and
  Head, *Buildings and Design Solutions Group of
  the Institute for Energy Efficiency,*
  University of California, Santa Barbara, USA.

- *2001-2010* Associate Professor and Professor,
  *Department of Mechanical Engineering,*
  University of California, Santa Barbara, USA.

- *January 2000 - August 2001*: Associate Professor,
  *Division of Engineering and Applied Science,*
  Harvard University, Cambridge, USA.

- *1995 -2000* Assistant Professor and Associate Professor,
  *Department of Mechanical Engineering,*
  University of California, Santa Barbara, USA.

- *June 1994 - June 1995*: Postdoctoral Research Fellow,
  *Mathematics Institute,* University of Warwick, UK.

**Education:**

- Ph.D. in *Applied Mechanics*, California Institute of Technology, Pasadena, CA, USA. (1994).
  Thesis advisor: Professor Stephen Wiggins.
  Thesis: "On Geometrical and Statistical Properties of Dynamical Systems: Theory and Applications".

- Dipl. Ing. in *Mechanical Engineering*, Technical School of Rijeka (TSR), University of Rijeka,
  Croatia. (1990) Thesis advisors: Professor Luka Sopta and Professor Zoran Mrša.
  Senior Thesis: "On Numerical Solution of Viscous Fluid Flow Using the Finite Elements Method".

**Selected honors and awards:**

- National Science Foundation CAREER Award for research on *"Nonlinear Dynamics and Control
  from Microscale to Macroscale"* (1999).

- Sloan Fellowship in *Mathematics* (1999).

- Axelby Outstanding Paper Award (IEEE Transactions on Automatic Control) for the paper on
  *"Control of Mixing: a Maximum Entropy Approach"* (2000).

- Invited Plenary Lecturer, *Dynamics Days Europe,* Palma de Mallorca, Spain (2003).

1

- Invited Plenary Lecturer, *SIAM Control Theory Meeting*, New Orleans, USA (2005).

- Invited Plenary Lecturer, *The Second International Conference on Dynamics, Vibration and Control,* Beijing, China (2006).

- Opening Lecturer, *First Lab on a Chip World Congress,* Edinburgh, Scotland (2007).

- United Technologies Senior Vice President's Special Award (2007)

- Invited Plenary Lecturer, *SIAM Conference on Applications of Dynamical Systems,* Snowbird, Utah (2009).

- Project on Dynamic Network Analysis for Network Uncertainty Management selected as one of the top AFOSR-sponsored projects in its 60 years of existence (2013)

- Invited Plenary Lecturer, *Control of PDE's* Paris (2014).

- Fellow of the American Physical Society (2015)

- Fellow of the Society for Industrial and Applied Mathematics (2017)

**Current research interests**:

- Operator theoretic methods in dynamical systems.

- Science and technology of dynamics of energy efficiency; including building systems and power grids.

- Mixing and separation in fluids across the scales with applications ranging from microfluidic phenomena to oceanographic flows.

- Nano and micro-scale particle dynamics induced by dielectrophoresis and other electrokinetic phenomena, with applications to biotechnology.

**Journal articles:**

1. I. Mezić and S. Wiggins, "On the integrability and perturbations of three-dimensional fluid flows with symmetry". *Journal of Nonlinear Science* **4**, 157-194 (1994).

2. I. Mezić and S. Wiggins, "On the dynamical origin of asymptotic $t^2$ dispersion of a non-diffusive tracer in incompressible laminar flows". *Physics of Fluids*, **6**, 2227-2229 (1994).

3. I. Mezić and S. Wiggins, "Nonergodicity, accelerator modes, and asymptotic quadratic-in-time diffusion in a class of volume-preserving maps". *Physical Review E*, **52**, 3215-3217 (1995).

4. I. Mezić, J. F. Brady and S. Wiggins, "Maximal effective diffusivity for time periodic incompressible fluid flows". *SIAM Journal of Applied Mathematics*, **56**, 40-56 (1996).

5. I. Min, I. Mezić and A. Leonard, "Lévy stable distributions for velocity and velocity difference in systems of vortex elements". *Physics of Fluids*, **8**, 1169-1180 (1996).

6. I. Mezić, "FKG inequalities in cellular automata and coupled map lattices." *Physica D*, **103**, 491-504 (1997).

7.  M.J. Keeling, I. Mezić, R. Hendry, J. McGlade, and D.A. Rand, "Characteristic length scales of spatial models in ecology via fluctuation analysis". *Philosophical Transactions of the Royal Society*, **B 352**, 1589-1601 (1997).

8.  G. Haller and I. Mezić, "Reduction of three-dimensional, volume-preserving flows with symmetry". *Nonlinearity*, **11**, 319-339 (1998).

9.  I. Mezić,  A. Leonard and S. Wiggins, "Regular and chaotic particle motion near a helical vortex filament". *Physica D*, **111**, 179-201 (1998).

10. A.N. Yannacopoulos, I. Mezić, G. Rowlands, and G.P. King, "Eulerian diagnostics for lagrangian chaos in three dimensional Navier-Stokes flows". *Physical Review E*, **57**, 482-490 (1998).

11. M.A. Bees, I. Mezić and J. McGlade, "Planktonic interactions and chaotic advection in Langmuir circulations". *Mathematics and Computers in Simulation*, Vol. **44**, 527-544 (1998).

12. A. Majumdar and I. Mezić, "Stability regimes of thin liquid films". *Microscale Thermophysical Engineering*, **2**, 203-213 (1998).

13. N. Malhotra, I. Mezić and S. Wiggins, "Patchiness: A new diagnostic for Lagrangian trajectory analysis in fluid flows". *Journal of Bifurcations and Chaos*, **8**, 1053-1094 (1998).

14.  I. Mezić and S. Wiggins, "A method for visualization of invariant sets of dynamical systems based on ergodic partition". *Chaos*, **9**, 213-218 (1999).

15. I. Mezić and S. Wiggins, "Residence-time distributions for chaotic flows in pipes". *Chaos*, **9**, 173-182 (1999).

16. A. Banaszuk, H. A. Hauksson and I. Mezić, "A backstepping controller for a nonlinear partial differential equation model of compression system instabilities". *SIAM Journal on Control and Optimization*, **37**, 1503-1537 (1999).

17. A.C. Poje, G. Haller and I. Mezić, "The geometry and statistics of mixing in aperiodic flows". *Physics of Fluids*, **11**, 2963-2968 (1999).

18. D. D'Alessandro, M. Dahleh and I. Mezić, "Control of mixing in fluid flows: a maximum entropy approach". *IEEE Transactions on Automatic Control,* **44**, 1852-1864 (1999).

19. M. Ashhab, M.V. Salapaka, M. Dahleh and I Mezić, "Dynamical analysis and control of microcantilevers". *Automatica*, **35**, 1663-1670 (1999).

20. M. Ashhab, M.V. Salapaka, M. Dahleh and I Mezić, "Melnikov-based dynamical analysis of microcantilevers in scanning probe microscopy". *Journal of Nonlinear Dynamics*, **20**, 197-220 (1999).

21. A. Majumdar and I. Mezić, "Instability of ultra-thin water films and the mechanism of droplet formation on hydrophilic surfaces," *Journal of Heat Transfer -Transactions ASME*, **121**, 964-971 (1999).

22. M. Basso, L. Giarre, M. Dahleh, I. Mezić "Complex dynamics in a harmonically excited Lennard-Jones oscillator: Microcantilever-sample interaction in scanning probe microscopes". *Journal of Dynamical Systems-Transactions ASME*, **122**, 240-245 (2000).

3

23. G.O. Fountain, D.V. Khakhar, I. Mezic, and J.M. Ottino, "Chaotic mixing in a bounded three-dimensional flow". *Journal of Fluid Mechanics*, **417**, 265-301 (2000).

24. I. Mezić, "Chaotic advection in three-dimensional bounded Navier-Stokes flows". *Journal of Fluid Mechanics*, **431**, 347-370 (2001).

25. V. Salapaka, M. Dahleh and I Mezić, "On the dynamics of a harmonic oscillator undergoing impacts with a vibrating platform". *Journal of Nonlinear Dynamics*, **24**, 333-358 (2001).

26. I. Mezić, "Break-up of invariant surfaces in action-angle-angle maps and flows". *Physica D*, **154**, 51-67 (2001).

27. D. D'Alessandro, I. Mezić and M. Dahleh, "Statistical properties of controlled fluid flows with applications to control of mixing". *Systems and Control Letters*, **45,** 249-256 (2002).

28. I. Mezić and F. Sotiropoulos, "Ergodic Theory and Experimental Visualization of Chaos", *Physics of Fluids*, **14**, 2235-2243 (2002).

29. A. D. Stroock, S. K. W. Dertinger, A. Ajdari, I. Mezić, H. A. Stone, G. M. Whitesides, "Chaotic mixer for microchannels". *Science*, **295**, 647-651 (2002).

30. P. K. Newton and I. Mezić, "Non-equilibrium statistical mechanics for a vortex gas". *Journal of Turbulence*, **3**, Article number 052 (2002).

31. I. Mezić, "An extension of Prandtl-Batchelor theory and consequences for chaotic advection". *Physics of Fluids*, **14**, 61-64 (2002).

32. A. X. C. N Valente, N. H. McClamroch and I. Mezić, "Hybrid dynamics of two coupled oscillators that can impact a fixed stop". *International Journal of Nonlinear Mechanics*, **38**, 677-689 (2003).

33. G. Hagen and I. Mezić, "Spillover stabilization in finite-dimensional control and observer design for dissipative evolution equations". *SIAM Journal on Control and Optimization*, **42**, 746-768 (2003).

34. I. Mezić, "Controllability, integrability and ergodicity". *Lecture Notes in Control and Information Sciences*, **289**, 213-229 (2003).

35. S. Balasuriya, I. Mezić and C. K. R. T. Jones, "Weak finite-time Melnikov theory and 3D viscous perturbations of Euler flows". *Physica D*, **176**, 82-106 (2003).

36. T. H. Solomon and I. Mezić "Uniform, resonant chaotic mixing in fluid flows". *Nature*, **425**, 376-380 (2003).

37. G. Hagen I. Mezić and B. Bamieh "Distributed control design for parabolic evolution equations: Application to compressor stall control". *IEEE Transactions on Automatic Control*, **49**, 1247-1258 (2004).

38. I. Mezić and A. Banaszuk "Comparison of systems with complex behavior". *Physica D*, **197**, 101-133 (2004).

39. D. E. Chang, S. Loire and I. Mezić "Closed-form solutions in the electrical field analysis for dielectrophoretic and travelling wave inter-digitated electrode arrays". *Journal of Physics D-Applied Physics*, **36**, 3073-3078 (2004).

4

40.  U. Vaidya and I. Mezić "Controllability for a class of area-preserving twist maps". *Physica D*, **189**, 234-246 (2004).

41.  D. Vainchtein and I. Mezić "Optimal control of a co-rotating vortex pair: averaging and impulsive control". *Physica D*, **192**, 63-82 (2004).

42.  F. Bottausci, I. Mezić, C. Cardonne and C. Meinhart  "Mixing in the shear superposition micromixer: three-dimensional analysis". *Philosophical Transactions of the Royal Society: Mathematical, Physical and Engineering Sciences theme issue 'Transport and mixing at the microscale'*, **362**, 1001-1018 (2004).

43.  D. Vainchtein and I. Mezić "Capture into resonance: A method for efficient control". *Physical Review Letters*, **93**, Art. No. 084301 (2004).

44.  B. R. Noack, I. Mezić, G. Tadmor and A. Banaszuk "Optimal mixing in recirculation zones". *Physics of Fluids*, **16**, 867-888 (2004).

45.  S. D, Muller, I. Mezić, J. H. Walther and P. Koumoutsakos "Transverse momentum micromixer optimization with evolution strategies". *Computers and Fluids*, **33**, 521-531 (2004).

46.  I. Mezić  "Spectral properties of dynamical systems, model reduction and decompositions". *Nonlinear Dynamics*, **41**, 309-325 (2005).

47.  G. Mathew, I. Mezić and L. Petzold "A Multiscale Measure for Mixing", *Physica D*, **41**, 23-46 (2005).

48.  I. Tuval, I. Mezić, F. Bottausci, Y. T. Zhang, N. C. MacDonald and O. Piro "Control of particles in microelectrode devices", *Physical Review Letters*, **95**, 236002 (2005).

49.  I. Mezić, "On the dynamics of molecular conformation", *Proceedings of the National Academy of Sciences of the USA*, **103**, 7542-7547 (2006).

50.  D. Vainchtein and I. Mezić "Vortex-based control algorithms," *Lecture Notes in Control and Information Sciences* , **330**, 189-212 (2006).

51.  D. Vainchtein, A. I. Neishtadt and I. Mezić "Resonances and Mixing in Stokes Flows ". *Chaos*, **16**, Art. No. 043123 (2006).

52.  D. M. Gorman, J. Mezić, I. Mezić and P. J. Gruenewald "Agent-based modeling of drinking behavior: A preliminary model and potential applications to theory and practice." *American Journal of Public Health*, **96**, 2055-2060 (2006).

53.  F. Bottausci, C. Cardonne, C. Meinhart and I. Mezić "An ultrashort mixing length micromixer,", *Lab on a Chip*, **7**, 396-398 (2007).

54.  G. Mathew, I. Mezić, S. Grivopoulos, U. Vaidya and L. Petzold "Optimal control of mixing in Stokes fluid flows", *Journal of Fluid Mechanics*, **580**, 261-281, (2007).

55.  T. John, I. Mezić "Maximizing mixing and alignment of orientable particles for reaction enhancement",  *Physics of Fluids*, **19** , 123602, (2007)

56.  B. Eisenhower, G. Hagen, A. Banaszuk, and I. Mezić "Passive control of limit cycle oscillations in a thermoacoustic system using asymmetry", *Journal of Applied Mechanics*, **75**, 011021, (2008)

57.  Y.T. Zhang, F. Bottausci, M. P. Rao, E. R. Parker, I. Mezić and N. C. MacDonald  "Titanium-based dielectrophoresis devices for microfluidic applications", *Biomedical Microdevices*, **10**, 509-517, (2008)

58.  I. Mezić, T. Runolfsson "Uncertainty propagation in dynamical systems", *Automatica* , **44**, 3003-3013 , (2008)

59.  P. Du Toit, I. Mezić, J. Marsden "Coupled oscillator models with no scale separation", *Physica D-Nonlinear Phenomena*, **238** , 490-501 ,(2009)

60.  M. M. Murr, G. S. Thakur, Y. L. Li, H. Tsuruta, I. Mezić, D. E. Morse "New pathway for self-assembly and emergent properties",  *Nano Today*,  **4**  ,116-124 ,(2009)

61.  S. E. Scott, T. C. Redd, L. Kuznetsov, I. Mezić, C. K. R. T. Jones "Capturing deviation from ergodicity at different scales" *Physica D-Nonlinear Phenomena*, **238**, 1668-1679 , (2009)

62.  C. W. Rowley, I. Mezić, S. Bagheri, P. Schlatter, and D. Henningson "Spectral analysis of nonlinear flows", *Journal of Fluid Mechanics* , **641**, 115-127 , (2009)

63.  B. Eisenhower and I. Mezić, "Targeted activation in deterministic and stochastic systems" *Physical Review E*, **81**, 26603, (2010)

64.  Z. Levnajić and I. Mezić, "Ergodic theory and visualization. I. Mesochronic plots for visualization of ergodic partition and invariant sets " *Chaos*, **20**, 033114, (2010)

65.  I. Mezić, S. Loire, V. Fonoberov and P. Hogan , "A New Mixing Diagnostic and Gulf Oil Spill Movement" *Science*, **330**, 486-489, (2010)

66.  G. Mathew and I. Mezić, "Metrics for ergodicity and design of ergodic dynamics for multi-agent systems", *Physica D*, **240**, 432-442, (2011)

67.  Lan Yueheng and I. Mezić "On the architecture of cell regulation networks, *BMC Systems Biology* , **5**, Article Number: 37, (2011)

68.  A. Banaszuk, V. A. Fonoberov, T. A. Frewen, M. Kobilarov, G. Mathew, I. Mezić, A. Pinto, T. Sahai, H. Sane, A. Speranzon, and A. Surana , "Scalable approach to uncertainty quantification and robust design of interconnected dynamical systems" *Annual Reviews in Control*, **35** , 77-98, (2011)

69.  Y. Susuki, I. Mezić and T. Hikihara "Coherent Swing Instability of Power Grids" *Journal of Nonlinear Science*, 1-37, (2011)

70.  Y. Susuki, I. Mezić  "Nonlinear Koopman modes and coherency identification of coupled swing dynamics",  *IEEE Transactions on Power Systems*, **99** , 1, (2011)

71.  A. Hubenko, V. A. Fonoberov, G. Mathew, and I. Mezić, , "Multiscale Adaptive Search" *IEEE Transactions on Systems, Man and Cybernetics Part B-Cybernetics*, **41** , 1076-1087, (2011)

72.  Yoshihiko Susuki, Igor Mezić, Takashi Hikihara "Coherent swing instability of interconnected power grids and a mechanism of cascading failure", *Control and Optimization Methods for Electric Smart Grids* . Book Chapter.

73. Maria Fonoberova, Vladimir A Fonoberov, Igor Mezić, Jadranka Mezić, P Jeffrey Brantingham, "Nonlinear dynamics of crime and violence in urban settings", *Journal of Artificial Societies and Social Simulation* **15** (2012).

74. Valentine, D. L., Mezić, I., Maćešić, S., Črnjarić-Žic, N., Ivić, S., Hogan, P. J., and Loire, S.. "Dynamic autoinoculation and the microbial ecology of a deep water hydrocarbon irruption." *Proceedings of the National Academy of Science*s, **109**(50), 20286-20291 (2012).

75. Mezić, I. "Analysis of fluid flows via spectral properties of the Koopman operator." *Annual Review of Fluid Mechanics*, **45**, 357-378. (2013).

76. Eisenhower, B., O'Neill, Z., Fonoberov, V. A., and Mezi, I. "Uncertainty and sensitivity decomposition of building energy models." *Journal of Building Performance Simulation*, **5**(3), 171-184. (2012).

77. Loire, S., Kauffmann, P., Mezić, I., and Meinhart, C. D. "A theoretical and experimental study of ac electrothermal flows." Journal of Physics D: Applied Physics, 45(18), 185301. (2012).

78. Eisenhower, B., ONeill, Z., Narayanan, S., Fonoberov, V. A., and Mezić, I. "A methodology for meta-model based optimization in building energy models." Energy and Buildings, 47, 292-301. (2012).

79. Budišić, M., and Mezić, I. "Geometry of the ergodic quotient reveals coherent structures in flows." Physica D: Nonlinear Phenomena, 241(15), 1255-1269. (2012).

80. Vaidya, U., and Mezić, I. "Existence of invariant tori in three dimensional maps with degeneracy." Physica D: Nonlinear Phenomena, 241(13), 1136-1145. (2012).

81. Susuki, Y., and Mezić, I. "Nonlinear Koopman modes and a precursor to power system swing instabilities." Power Systems, IEEE Transactions on, 27(3), 1182-1191. (2012).

82. Zou, Y., Fonoberov, V. A., Fonoberova, M., Mezić, I., and Kevrekidis, I. G. " Model reduction for agent-based social simulation: Coarse-graining a civil violence model." Physical Review E, 85(6), 066106. (2012).

83. Mauroy, A., and Mezić, I. "On the use of Fourier averages to compute the global isochrons of (quasi) periodic dynamics." Chaos: An Interdisciplinary Journal of Nonlinear Science, 22(3), 033112-033112. (2012).

84. Budišić, M., Mohr, R., and Mezić, I. "Applied Koopmanism. Chaos: An Interdisciplinary Journal of Nonlinear Science." 22(4), 047510-047510. (2012).

85. Susuki, Y., Mezić, I., and Hikihara, T. "Coherent swing instability of interconnected power grids and a mechanism of cascading failure." In Control and Optimization Methods for Electric Smart Grids (pp. 185-202). Springer New York. (2012).

86. Fonoberova, M., Fonoberov, V. A., and Mezić, I. "Global Sensitivity/Uncertainty Analysis for Agent-Based Models. Reliability" Engineering & System Safety 118, 8-17. (2013)

87. Rhoads, B., Mezić, I., and Poje, A. C.  "Minimum time heading control of underpowered vehicles in time-varying ocean currents." Ocean Engineering, 66, 12-31. (2013).

7

88. Loire, S., Fonoberov, V., and Mezić, I. "Performance Study of an Adaptive Controller in the Presence of Uncertainty." IEEE Transactions on Control Systems Technology 21 (3), 1039-1043. (2013).

89. S Loire, I Mezić "Spatial filter averaging approach of probabilistic method to linear second-order partial differential equations of the parabolic type." Journal of Computational Physics 233, 175-191. (2013).

90. I. Mezić "Analysis of fluid flows via spectral properties of the Koopman operator." Annual Review of Fluid Mechanics 45, 357-378 30. (2013).

91. Y. Lan, I. Mezić "Linearization in the large of nonlinear systems and Koopman operator spectrum." Physica D: Nonlinear Phenomena 242 (1), 42-52. (2013).

92. Y. Susuki, I. Mezić "Nonlinear Koopman Modes and Power System Stability Assessment Without Models" IEEE Transactions on Power Systems 29, 899-907. (2014).

93. A. Mauroy, I. Mezić, J. Moehlis "Isostables, isochrons, and Koopman spectrum for the action-angle representation of stable fixed point dynamics". Physica D: Nonlinear Phenomena 261, 19-30. (2013).

94. Maria Fonoberova, Igor Mezić, Jennifer F Buckman, Vladimir A Fonoberov, Adriana Mezić, Evgeny G Vaschillo, Eun-Young Mun, Bronya Vaschillo, Marsha E Bates . "A computational physiology approach to personalized treatment models: the beneficial effects of slow breathing on the human cardiovascular system". American Journal of Physiology-Heart and Circulatory Physiology 307, (2014),

95. Susuki, Yoshihiko Mezić, Igor "Nonlinear Koopman Modes and Power System Stability Assessment Without Models." IEEE Transactions on Power Systems, 54, 899-907. (2014).

96. A. Mauroy, B. Rhoads, J. Moehlis, I. Mezić "Global Isochrons and Phase Sensitivity of Bursting Neurons". SIAM Journal on Applied Dynamical Systems 13 (1), 306-338. (2014).

97. Mauroy, Alexandre, Mezić, Igor "Global stability analysis using the eigenfunctions of the Koopman operator", IEEE Trans Aut. Cont. (In Press) (2016).

98. Georgescu, Michael, Mezic, Igor "Building energy modeling: A systematic approach to zoning and model reduction using Koopman Mode Analysis", Energy and buildings 86 (2015): 794-802. (2015).

99. Williams, Matthew O., Rowley, Clarence W. Mezić, Igor, Kevrekidis, Ioannis G. "Data fusion via intrinsic dynamic variables: An application of data-driven Koopman spectral analysis", EPL (Europhysics Letters), 109, 4. 40007 (2015) .

100. Mauroy, Alexandre, Mezić, I. "Extreme phase sensitivity in systems with fractal isochrones," Physica D: Nonlinear Phenomena 308 (2015): 40-51. (2015).

101. Mohr, Ryan; Mezić, Igor "Searching for Targets of Nonuniform Size Using Mixing Transformations: Constructive Upper Bounds and Limit Laws." Journal of Nonlinear Science, 25, 3, 741-777. (2015).

102. Rypina, I.I., Pratt, Larry J., Wang, Peng, Özgökmen, T.M., Mezić, I; Resonance phenomena in a time-dependent, three-dimensional model of an idealized eddy, Chaos: An Interdisciplinary Journal of Nonlinear Science, 25, 8, 87401. (2015).

8

103. Levnajić, Zoran, Mezić, Igor "Ergodic theory and visualization. II. Fourier mesochronic plots visualize (quasi) periodic sets," Chaos: An Interdisciplinary Journal of Nonlinear Science, 25, 5, 53105. (2015).

104. Susuki, Yoshihiko; Mezić, Igor; Hoshino, Hikaru; Hikihara, Takashi "A Unified Definition of Collective Instabilities in Coupled Generator Networks," IFAC-PapersOnLine, 48, 18, 89-94. (2015).

105. Susuki, Yoshihiko; Mezić, Igor; Raak, Fredrik; Hikihara, Takashi "Applied Koopman operator theory for power systems technology". Nonlinear Theory and Its Applications, IEICE, 7(4), 430-459. (2016).

106. Thakur, Gunjan S, Mohr, Ryan; Mezić, Igor "Programmable Potentials: Approximate N-body potentials from coarse-level logic." Scientific reports 6 (2016).

107. Rypina, I. I., L. J. Pratt, P. Wang, T. M. zgkmen, and I. Mezić. "Resonance phenomena in a time-dependent, three-dimensional model of an idealized eddy." Chaos: An Interdisciplinary Journal of Nonlinear Science 25, no. 8 (2015): 087401.

108. Sharma, Ati S., Igor Mezić, and Beverley J. McKeon. "Correspondence between Koopman mode decomposition, resolvent mode decomposition, and invariant solutions of the Navier-Stokes equations." Physical Review Fluids 1, no. 3 (2016): 032402.

109. Eden, A., M. Sigurdson, I. Mezić, and C. D. Meinhart. "A hybrid experimental-numerical technique for determining 3D velocity fields from planar 2D PIV data." Measurement Science and Technology 27, no. 9 (2016): 094010.

110. Mauroy, Alexandre, and Igor Mezić. "Global stability analysis using the eigenfunctions of the Koopman operator." IEEE Transactions on Automatic Control 61, no. 11 (2016): 3356-3369.

111. Kono, Yohei, Yoshihiko Susuki, Mitsunori Hayashida, Igor Mezić, and Takashi Hikihara. "Multiscale modeling of in-room temperature distribution with human occupancy data: a practical case study." Journal of Building Performance Simulation (2017): 1-19.

112. Ivić, Stefan, Bojan Crnković, and Igor Mezić. "Ergodicity-Based Cooperative Multiagent Area Coverage via a Potential Field." IEEE transactions on cybernetics (2017).

113. Hassan Aref, John R. Blake, Marko Budišić, Silvana S.?S. Cardoso, Julyan H.?E. Cartwright, Herman J.?H. Clercx, Kamal El Omari, Ulrike Feudel, Ramin Golestanian, Emmanuelle Gouillart, GertJan F. van Heijst, Tatyana S. Krasnopolskaya, Yves Le Guer, Robert S. MacKay, Vyacheslav V. Meleshko, Guy Metcalfe, Igor Mezić, Alessandro P.?S. de Moura, Oreste Piro, Michel F.?M. Speetjens, Rob Sturman, Jean-Luc Thiffeault, and Idan Tuval Rev. Mod. Phys. 89, 025007.

**Books:**

- "Normally Hyperbolic Invariant Manifolds in Dynamical Systems" (with S. Wiggins and G. Haller) Springer-Verlag, New York (1994).

- "Control of Fluid Flow" (Editor, with P. Koumoutsakos) Springer-Verlag, New York (2006).

- "Analysis and Control of Mixing with an Application to Micro and Macro Flow Processes Edited by Luca Cortelezzi and Igor Mezić, Springer-Verlag, New York (2009).

**Professional activities:**

*Conference/Workshop/minisymposium organizer:*

- Co-Organizer, mini-symposium on "Advanced data-driven techniques and numerical methods in Koopman operator theory" at the SIAM conference on Applications of Dynamical Systems (Snowbird, UT, USA), 2017.

- Co-Organizer,special session on "Koopman operator techniques for decision and control" at CDC 2016 in Las Vegas, USA.

- Co-Organizer, Invited Session on Operator-Theoretic Approach to Analysis of Nonlinear Systems: Koopman and Perron-Frobenius Operators , CDC 2015, Osaka, Japan.

- Co-Organizer, Mathematisches Forschungsinstitut Oberwolfach; Workshop on Applied Koopmanism, February 2016.

- Funding Agency Panel, 2015 SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah 2015

- Mini-Symposium on Koopman Operator Techniques in Dynamical Systems: Theory and Practice, 2015 SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah 2015.

- Invited Session on Operator-Theoretic Approach to Analysis of Nonlinear Systems: Koopman and Perron-Frobenius Operators , CDC 2015, Osaka, Japan.

- Mathematisches Forschungsinstitut Oberwolfach; Workshop on Applied Koopmanism, February 2016.

- Minisymposium: "Koopman Methods in Dynamical Systems", at the SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah, (2013).

- Minisymposium: "Uncertainty Propagation in Large-scale Networked Dynamical Systems", at the SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah, (2007).

- Workshop: "Coupled Nonlinear Oscillators and Applications in Nanosystems", Santa Barbara, CA, (with T. Hikihara, Kyoto University) 2007.

- A semester program in Dynamical Systems, Spring 2007, Mathematical Sciences Research Institute, Berkeley, CA. (with C. K. R. T. Jones (University of North Carolina), L.-S. Young (Courant Institute), A. Stewart (Warwick University) and J. Mattingley (Duke University)).

- Summer School and Workshop Analysis and Control of Mixing with an Application to Micro and Macro Flow Processes Sponsored by Marie Curie Program - EUA4X, CISM, Udine, Italy (with L. Cortelezzi, McGill University) (2005).

- Minisymposium: "Control of Hamiltonian Systems", at the SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah (with J. Meiss (University of Colorado)), (2005).

- Invited Session: "Uncertainty Propagation - Theory and Tools", at the Conference on Decision and Control (with T. Kalmar-Nagy (United Technologies Research Center)), (2004).

10

- Pre-nominated session on Chaos in Fluid and Solid Mechanics, XXI International Congress of Theoretical and Applied Mechanics, Warsaw, Poland (session chair with G. Rega, Rome), (2004).

- Two Workshops on Uncertainty Analysis in the Design of Dynamical Systems, at CIMMS, Caltech and United Technologies Research Center (UTRC), Hartford, CT (with J. E. Marsden (Caltech), M. Myers (UTRC) and A. Banaszuk (UTRC)), (2003/2004).

- Minisymposium: "Transport by Chaotic Advection in Three Dimensional Flows and Maps", at the SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah (with J. Meiss (University of Colorado)), (2003).

- Minisymposium: "Dimensional Reduction for Nonlinear Systems" , at the SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah (with R. Kupferman (University of California, Berkeley)), (2003).

- The First International Symposium on Turbulence and Shear Flow Phenomena (Member of the Executive Committee) (1999).

- Workshop on Dynamical Systems and Statistical Mechanics Methods for Coherent Structures in Turbulent Flows (with M. Farge, ENS, Paris) (1997).

*Editorial Boards and Panels:*

- Physica D (2001-2011) Editor.

- Dynamics and Stability of Systems (2000-2002) Member of the Editorial Board.

- Journal of Applied Mechanics (2003-) Associate Editor.

- SIAM Journal on Control and Optimization (2005-2013) Associate Editor.

- ASCE Notes in Mechanics Book Series (2010-) Associate Editor.

- Nonlinear Theory and its Applications (2012-) Editor.

- Advisory Panel SIAM Activity Group on Dynamical Systems (2015-) Elected Member.

*Invited colloquium presentations (since 1999):*

- 1999 "A Large-scale Theory of Axial Compression System Dynamics", Institute for Fluid Mechanics, ETH Zurich.

- 1999 "A Large-scale Theory of Axial Compression System Dynamics", University of Illinois, Urbana-Champaign.

- 1999 "Three-Dimensional Chaotic Advection", Division of Engineering and Applied Sciences, Harvard University.

- 1999 "Chaotic Advection in Three-Dimensional, Bounded flows", Department of Mechanical Engineering, Massachusetts Institute of Technology.

- 2000 "Ergodic Theory and Control of Mixing", Laboratory for Information and Decision Systems, Massachusetts Institute of Technology.

- 2000 "Control of Mixing", Department of Mathematics, Boston University.

11

- 2000 "Ergodic Theory in Fluid Mechanics", Isaac Newton Institute for Mathematical Sciences, Cambridge University.
- 2001 "A Large-scale Theory of Axial Compression System Dynamics", Division of Applied Mathematics, Brown University.
- 2001 "Control of Mixing", Center for Nonlinear Science, Georgia Institute of Technology.
- 2002 "Modeling of Complex Systems", Center for Integrative Multiscale Modeling and Simulation (CIMMS), Caltech.
- 2002 "Comparison of Dynamical Systems Based on the Spectral Properties of the Koopman Operator", Department of Mathematics, UC Berkeley.
- 2002 "Micromixing", Department of Aerospace and Mechanical Engineering, University of Southern California.
- 2002 "Comparison of Dynamical Systems Based on the Spectral Properties of the Koopman Operator", Center for Nonlinear Science, Georgia Institute of Technology.
- 2002 "Chaotic Advection in Three-Dimensional Flows: Geometry and Physics", Applied Mathematics Department, Columbia University.
- 2002 "Chaotic Advection in Three-Dimensional Flows: Geometry and Physics", Courant Institute for Mathematical Sciences, New York University.
- 2002 "Comparison of Dynamical Systems Based on the Spectral Properties of the Koopman Operator", Program in Computational and Applied Mathematics, Princeton University.
- 2003 "Ergodic Theory and Control Theory", IGERT (Interdisciplinary Seminars in Nonlinear Science) Research Colloquium, Northwestern University.
- 2003 "Control of Mixing and Application in Microfluidic Devices", Computations in Science Seminar, University of Chicago.
- 2003 "Mixed Orthogonal Decomposition", Statistical and Applied Mathematical Sciences Institute, North Carolina.
- 2003 "Control and Mixing of Bioparticles", California Nanoscience Institute, University of California, Santa Barbara.
- 2003 "Ergodic Theory Methods for Controllability", Institute for Pure and Applied Mathematics, University of California, Los Angeles.
- 2003 "Mixing and Control of Particles in Microchannels", United Technologies Research Center, Hartford, Connecticut.
- 2003 "Nonlinear Dynamics of Atomic Force Microscopes", VEECO Inc.
- 2004 "Control of Mixing and Application in Microfluidic Devices", Mathematics Department, McMaster University.
- 2004 "Control of Mixing and Application in Microfluidic Devices", Mechanical Engineering Department, Stanford University.
- 2004 "Uncertainty in Analysis & Design: a Dynamical Systems Perspective", Center for Nonlinear Science, Georgia Institute of Technology Mixing and control of particles in microchannels, GALCIT, Caltech
- 2005 "Two topics in coupling probabilistic and dynamical systems approaches for complex systems", National Center for Atmospheric Research
- 2005 "Spectral Theory for Nonlinear Dynamical Systems", LIDS, MIT
- 2005 "Control of Mixing: Ergodic Theory and Biosensors ", University of Illinois at Urbana-Champaign.

12

- 2005 "Spectral Theory for Nonlinear Dynamical Systems", CIMMS, Caltech.

- 2006 "Spectral Theory for Nonlinear Dynamical Systems", University of Southern California.

- 2006 "Utilizing Nominal Dynamics in Control: A Theory for Hamiltonian Systems and Nanoscale Applications", Institut de Mathmatiques, Univ. Bordeaux.

- 2006 "Biomolecules as Nonlinear Oscillators: Life-Enabling Dynamics", Kyoto University.

- 2006 "Biomolecules as Nonlinear Oscillators: Life-Enabling Dynamics, Tokyo University

- 2007 "Physical Structure, Graph Structure and Uncertainty in Complex Systems", UCSB

- 2007 "Theory and Practice of Active Microfluidic Devices", MIT

- 2007 "Theory and Practice of Active Microfluidic Devices", Univeristy of Wisconsin, Madison

- 2007 "Characterization of mixing and hyperbolicity in flows", Ecole Normale Superieure, Paris

- 2007 "Active, Universal Particle Micromanipulators: CPUs for Microfluidics", LLNL, Livermore, CA

- 2007 "Physical Structure, Graph Structure and Uncertainty in Complex Systems", LLNL, Livermore, CA

- 2007 "Physical Structure, Graph Structure and Uncertainty in Complex Systems", Courant Institute of Mathematical Sciences, New York University, NY.

- 2007 "Modeling for Design of Energy Efficient Buildings", LBNL, Berkeley, CA

- 2008 "Uncertainty Analysis in Dynamical Systems, Institute for Pure and Applied Mathematics, UCLA

- 2008 " Prandtl-Batchelor Theory in 3D and Optimal Control of Fluid Mixing", Symposium in Honor of Anthony Leonard, California Institute of Technology.

- 2008 " Uncertainty Analysis in Dynamical Systems", CCDC, UCSB

- 2009 "Uncertainty Analysis: a Dynamical Systems Approach, Mechanical and Aerospace Engineering, Princeton

- 2009 Uncertainty Analysis: a Dynamical Systems Approach", Applied Mathematics, UCLA

- 2009 "Uncertainty Analysis: a Dynamical Systems Approach", Applied Mathematics, Arizona State University.

- 2010 "Integrated, Energy Efficient Design and Operation of Building Systems", Department of Building Services Engineering, The Hong Kong Polytechnic University.

- 2010 "Analysis of Large-Scale Interconnected Dynamical Systems", Tsinghua University, China.

- 2010 "Uncertainty Analysis: a Dynamical Systems Approach", Probability and Statistics, UCSB.

- 2010 "Energy Dynamics", Mechanical and Civil Engineering, Caltech.

- 2011 "Smart Grid and Analysis of Large-Scale Interconnected Dynamical Systems", Los Alamos National Laboratory, Los Alamos, NM.

- 2011 "Analysis of Large-Scale Interconnected Dynamical Systems", Caltech.

- "Energy Dynamics and a New System Analysis Framework", ETH Zurich.

- 2011 "Integrated, Energy Efficient Design and Operation of Building Systems", Nanyang Technological University, Singapore.

- 2012 "Mixing in Fluids: Visualization, Mode Decomposition and Diagnostics", Nanyang Technological University, Singapore.

- 2012 "A New Systems Analysis Framework", Mechanical Engineering, MIT

- 2013 "Energy Management in Buildings and Grid using Koopman Operator Methods", Electrical Engineering, Kyoto University

- 2013 "Energy Management in Buildings and Grid using Koopman Operator Methods", Tokyo Institute of Technology

- 2013 "Smart Grid and Analysis of Large-Scale Interconnected Dynamical Systems", Electrical Engineering, UCLA.

- 2014 "Energy Management in Buildings and Grid using Koopman Operator Methods", Mechanical Engineering, UC Riverside.

- 2015 "Analysis of Fluid Flows and Mixing via Spectral Properties of Koopman Operator" UCLA, Mechanical Aerospace Engineering.

- 2015 "Koopman (Composition) Mode Expansion in Theory and Practice" Cambridge University, UK Control Theory Seminar.

- 2015 "Oil Spill Dynamics" BP Institute, UK.

- 2015 "Analysis of Fluid Flows and Mixing via Spectral Properties of Koopman Operator" DAMPT, Cambridge University, UK.

- 2015 "Koopman Operator Methods: Theory and Applications", UTRC DMD/Koopman workshop, Hartford, CT.

- 2016 "Theory and Application of Koopman Operator Methods" Hughes Research Laboratories.

- 2016 "Strongly Coupled Oscillators: A Koopman-Theoretic Approach", Network Frontier Workshop, Northwestern University.

- 2016 "Koopman Operator Methods: Theory and Applications", Mathematisches Forschungsinstitut Oberwolfach, Germany, Workshop on Applied Koopmanism.

- 2016 "Koopman Operator Theory in Fluid Mechanics" Department of Mathematics, University of Wisconsin, Madison.

- 2016 "Koopman Operator Theory in Fluid Mechanics" AEM Seminar at University of Minnesota.

- 2017 "Spectral Properties of the Koopman Operator: Theory, Computation and Applications", Electrical Engineering and Computer Science, University of Michigan.

- 2017 "Koopman Operator Theory in Dynamical Systems, Fluid Mechanics and Beyond", University of Rijeka, Croatia.

- 2017 "Spectral Properties of the Koopman Operator: Theory and Computation", University of Zagreb, Croatia.

*Selected conference presentations (since 1999):*

- 1999 "Transport and Mixing in Three-Dimensional Perturbations of Two-Dimensional Flows", American Physical Society Meeting, New Orleans. (Contributed).

- 1999 "Chaotic Advection in Three-Dimensional, Bounded flows", NSF-KDI/IGPP Workshop, San Diego, CA. (Invited Speaker).

- 1999 "Chaotic Advection in Three-Dimensional, Bounded flows", Integrating integrability into mathematics and science: Conference in honor of V. Zakharov's 60th Birthday. University of Arizona. (Invited).

- 1999 "Control of Mixing", NSF Workshop on Control of Fluids, UCSD. (Invited Speaker).

- 1999 "Dynamics and Transport in 3-D, Volume Preserving Maps and Flows", SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah. (Contributed).

14

- 2000 "Instabilities in Rotating Flows With Body Forces: Turning Navier-Stokes into a Reaction-Diffusion Equation", American Physical Society Meeting, Washington DC. (Contributed).

- 2000 "Chaotic Advection in Bounded Navier-Stokes Flows", ICTAM 2000, Chicago. (Contributed).

- 2000 "Overview of Some Theoretical and Experimental Results on Modeling and Control of Shear Flows", Conference on Decision and Control, Sydney. (Contributed).

- 2000 "Comparison of Systems with Complex Behavior", Conference on Decision and Control, Sydney. (Contributed).

- 2001 "Control of Nonlocal Reaction-Diffusion Equations; Application to Control of Instabilities in Axial Compressors" , SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah. (Contributed).

- 2001 "Control of Mixing", SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah. (Contributed).

- 2001 "Controlled Group Translations and Controllability of Nonlinear Systems", NOLCOS 01, St. Petersburg, Russia. (Contributed).

- 2001 "An Extension of Prandtl-Batchelor Theory and Consequences for Chaotic Advection", American Physical Society Fluid Dynamics Meeting, San Diego, CA. (Contributed).

- 2002 "Ergodic Theory and Control Theory", Mohammed Dahleh Symposium, UCSB. (Invited Speaker).

- 2002 "Modeling and Numerical Analysis of Mixing in an Actively Controlled Micromixer", HEFAT01, South Africa. (Contributed).

- 2002 "Mixing in Three-Dimensional Flows", SIAM Annual Conference, Philadelphia, PA. (Invited).

- 2002 "Control of Fluid Particle Motion and (Anti)-KAM Theory", Workshop on Dynamical Systems Methods in Fluids, Mathematisches Forschungsinstitut Oberwolfach, Germany. (Invited Speaker).

- 2002 "Mixing, KAM, Anti-KAM and Controllability", AFOSR Contractors Meeting, Pasadena, CA. (Invited).

- 2002 "Mixing in Three-Dimensional Flows", Workshop on sediment transport, Monte Verita, Ascona, Switzerland. (Invited Speaker).

- 2002 "On Control of Vortex Dynamics", American Physical Society Fluid Dynamics Meeting, Dallas, Texas. (Contributed)

- 2003 "Mixed Orthogonal Decomposition", American Mathematical Society Meeting, Baltimore, MD. (Invited).

- 2003 "Control of Mixing and Application in Microfluidic Devices", Dynamics Days Europe, Palma de Mallorca, Spain. (Invited Plenary Speaker).

- 2003 "An Actively Controlled Micromixer: 3-D Theory", American Physical Society Fluid Dynamics Meeting, New Jersey. (Contributed).

- 2003 "A Multiscale Measure of Mixing and its Applications", Conference on Decision and Control, Maui, Hawaii. (Invited).

- 2003 "Uncertainty Analysis: a Dynamical Systems Approach", Workshop on Uncertainty Analysis, Pasadena, CA. (Contributed).

- 2004 "Uncertainty Analysis: a Dynamical Systems Approach, DARPA Workshop on Uncertainty Analysis, United Technologies Research Center, Hartford, CT. (Contributed)

- 2004 "Mathematical aspects of mixing theory and application in m icrofluidic mixing AIMS Dynamical Systems and Differential Equations Conference, Pomona, CA . (Invited).

- 2004 "Spectral properties of dynamical systems and model reduction AIMS Dynamical Systems and Differential Eq uations Conference, Pomona, CA. (Invited)

15

- 2004 "Nonlinear dynamics of multicomponenmt dynamical systems", ICTAM, Warsaw, Poland. (Contributed).

- 2004 "High Efficiency Mixing in the Shear Superposition Micromixer" APS DFD Meeting, Seattle, Washington. (Contributed)

- 2004 "Mixing and control of particles in microchannels" NOLTA 2004, Fukuoka, Japan (2004).(Invited)

- 2004 "Collaborations with UTRC 1997-2004" Conference on Decision and Control (CDC). (Invited)

- 2004 "Coupled Nonlinear Dynamical Systems: Asymptotic Behavior and Uncertainty Propagation" Conference on Decision and Control (CDC) (2004). (Contributed)

- 2005 "Coupled Nonlinear Dynamical Systems: Asymptotic Behavior and Uncertainty Propagation" SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah . (Contributed).

- 2005 "Dynamics and Control of Macromolecules", SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah (2005). (Contributed)

- 2005 "Uncertain, High-Dimensional Dynamical Systems" Workshop on Geophysical Dynamics, IPAM, UCLA (2005). (Invited)

- 2005 "Utilizing Nominal Dynamics in Control: A Theory for Hamiltonian Systems and Nanoscale Applications" Plenary Lecture at the 2005 SIAM Control Theory Meeting, New Orleans. (Invited)

- 2006 "Complex Systems Architectures: Rules, Interfaces, Modules, Dynamics", DARPA Microsystems Technology Office Complex Systems Architectures Workshop Arlington, VA. (Invited)

- 2006 "Biomolecules as Nonlinear Oscillators: Life-Enabling Dynamics", Plenary Lecture at the Second International Conference on Dynamics,Vibration and Control, Beijing, China. (Invited)

- 2006 "Biomolecules as Nonlinear Oscillators: Life-Enabling Dynamics", Keynote Lecture at the Nonlinear Dynamics of Nanosystems Workshop, TU-Chemnitz, Chemnitz, Germany (Invited)

- 2006 "Physical Structure, Graph Structure and Uncertainty in Complex Systems", Keynote Lecture at the Mathematics in the Science of Complex Systems Workshop Warwick University, UK

- 2006 "Optimal Control of Fluid Mixing" American Physical Society Division of Fluid Dynamics Meeting, Tampa, Florida (Contributed)

- 2007 "Robust Decision Making: Agent-Based Models and Dynamical Systems", Robust Decision Making Workshop, AFOSR, Arlington, Virginia (Invited)

- 2007 "Controllability, Integrability, Ergodicity", Mathematical Sciences Research Institute, Berkeley, CA (Invited)

- 2007 "Active, Universal Particle Micromanipulators: CPUs for Microfluidics", Lab-on-a-Chip World Congress, Edinburgh, Scotland (Invited)

- 2007 "Characterization of mixing and hyperbolicity in flows", International Congress on Industrial and Applied Mathematics, Zurich, Switzerland.

- 2007 "Nonlinear Multiscale Dynamical Systems, NOLTA, Vancouver 2007

- 2008 "Optimal control of mixing, The Southern California Conference on the Mathematics of Fluids, USC, March 29-30, 2008 (Invited)

- 2008 "Uncertainty Analysis in Dynamical Systems, Institute for Pure and Applied Mathematics, UCLA.

- 2008 "Prandtl-Batchelor Theory and Optimal Control of Fluid Mixing", Symposium in Honor of Anthony Leonard, California Institute of Technology. (Invited)

- 2008 "Theoretical tools for modeling of self-assembly", 6th International Symposium on Bioscience and Nanotechnology, Toyo University, Japan. (Invited)

16

- 2009 "Analysis of Large-Scale Interconnected Dynamical Systems", SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah (2009). (Invited Plenary Lecture)

- 2009 "Adversarial Games and Dynamical Systems", AFOSR Workshop on Adversarial and Stochastic Elements In Autonomous Control, Arlington, VA, March 2009 (Invited)

- 2010 "Integrated, Energy-Efficient Design", International Workshop on Smart Energy Management , Kyoto, Japan. (Invited)

- 2010 "Mixing and Transport: Visualization, Norms, and Control", IMA Workshop on Transport and Mixing in Complex and Turbulent Flows, April 2010. (Invited)

- 2010 "Harmonic Analysis, Complex Systems and Mixing ", SIAM Minisymposium In Memory of Dennis Healy and His Scientific Vision, SIAM Annual Meeting, Pittsburgh, PA, July 2010. (Invited)

- 2011 "Koopman Operator and Mixing in Fluids: Visualization, Mode Decomposition and Diagnostics", Workshop on The Physics of Mixing, Leiden, Netherlands, January 2011.   (Invited Keynote Lecture)

- 2011 "Analysis of Large-Scale Interconnected Dynamical Systems: the Status, the Needs and the Future", Workshop on Future Directions in Applied Mathematics, North Carolina State University, May 2011. (Invited)

- 2011 "From Differential Topology to Koopmanism", ICIAM, Vancouver, Canada, July 2011. (Invited)

- 2011 "Uncertainty: Some Conceptual Thoughts and a Good Sampling Method", USA/South America Symposium on Stochastic Modeling & Uncertainty Quantification Rio de Janeiro, Brazil, August 1 5, 2011.   (Invited Keynote Lecture)

- 2012 "Analysis of Fluid Flows via Spectral Properties of Koopman Operator", APS DFD meeting, San Diego.

- 2013 "Koopman Operator Methods: An Overview", SIAM DS meeting, Snowbird, UT.

- 2013 "System-Level Tools for Whole Building Analyses", Intelligent Building Operations Workshop, University of Colorado Boulder.

- 2014 "Energy Management in Buildings and Grid using Koopman Operator Methods", UC Riverside.

- 2014 "Koopman Operator Methods and Control", Contol of PDE's, Paris (Invited Plenary Lecture).

- 2014 "On the relationship between Koopman Mode Decomposition and Dynamic Mode Decomposition." American Physical Society, Division of Fluid Dynamics Meeting, San Francisco.

- 2015 "Koopman Mode Expansion in Theory and Practice", SIAM Conference on Applications of Dynamical Systems.

- 2015 "On Applications of the Spectral Theory of the Koopman Operator in Dynamical Systems and Control Theory" Conference on Control and Decision, Osaka, Japan.

- 2016 "Koopman Operator Methods: Theory and Applications" Mathematisches Forschungsinstitut Oberwolfach; Workshop on Applied Koopmanism.

- 2016 "Spectral Expansions, A Schrdinger-Type Formalism and Observable Wavefunctions in Dynamical Systems", International Symposium on NOLTA, Yugawara, Japan.

- 2017 "Extensions of the Koopman Operator Theory", SIAM Conference on Applications of Dynamical Systems, Snowbird, Utah.

*Reviewing and refereeing activity:*

Air Force Office of Scientific Research, ASME, Automatica, IEEE Transactions on Automatic Control, Journal of Applied Mechanics, Journal of Computational Physics, Chaos, Control Systems Technology, International Journal of Robust and Nonlinear Control, European Physical Journal B,

17

International Journal of Heat & Mass Transfer , Journal of Fluid Mechanics, Journal of Nonlinear Science, Journal of Physical Oceanography, Journal of Physics A, Mathematical Reviews, Nature, Physica D, Physical Review E, Physical Review Letters, Physics Letters A, Physics of Fluids, The Physical Review, Journal of Micromechanics and Microengineering, Lab on a Chip, Springer-Verlag, United Technologies Research Center, National Institute of Health, National Science Foundation.

*Consulting activity:*

Propulsion Research Institute (1996-1998), Honda R & D (2000-2002), Combustion Research and Flow Technology (2000-2001), Guidant (2002-2003), United Technologies Research Center (1998-2013), Codman (Johnson and Johnson) (2002-2003), Prevention Research Institute (2004-2007), Ford Motor Company (2005-2013), National Science Foundation (1995-), AFOSR (1996-), Electricite de France 2011-2012, Ecorithm 2009-2016, Aimdyn 2003-.

*Other professional activities:*

- 2016 Panelist Applied Dynamical Systems Panel, National Science Foundation.

- 2016 Member,Advisory Panel, Dynamical Systems Activity Group, Society for Industrial and Applied Mathematics.

- 2014 Participant ARPA-E Workshop: Reducing CAPEX for Energy-Efficient Building Controls, Washington, DC.

- 2012 Participant National Energy Efficiency Technology Roadmapping Summit, Portland, Oregon.

- 2011 Participant, Developing Dependable and Secure Automotive Cyber-Physical Systems from Components, Troy, Michigan

- 2011 Participant, A National Summit on Advancing Clean Energy Technologies, Washington DC

- 2009 Participant, AFOSR Workshop on Adversarial and Stochastic Elements In Autonomous Control

- 2009 Participant, Workshop on Complex Aerospace Systems, Organized by DARPA and NSF

- 2008 Member, discussant panel National Workshop on High Confidence Automotive Cyber-Physical Systems , Troy, Michigan

- 2008 Member, discussant panel NSF Workshop on Foundations for Complex Systems Research in the Physical Sciences and Engineering,

- 2008  Member, discussant panel, National Workshop on High Confidence Automotive Cyber-Physical Systems , Troy, Michigan

- 2007 Member, Organizing Committee SIAM Conference on Control and its Applications, San Francisco, CA

- 2007 Organizer (with T. Hikihara, Kyoto U. Coupled Nonlinear Oscillators and Applications in Nanosystems, UCSB

- 2006  Visiting Professor, Kyoto University , Japan.

- 2006  Visiting Professor, Institut de Mathmatiques, Univ. Bordeaux, France.

- 2005, Panelist, National Science Foundation panel on proposals in Dynamics (Engineering Directorate).

- 2005, Member, Panel of the Defense Sciences Research Council Workshop on Design Principles for Complex Biological Systems, Washington DC..

- 2004, Member, Program Committee, Division of Fluid Dynamics of the American Physical Society.

- 2004, Panelist, National Science Foundation panel on proposals in Applied Dynamical Systems (Mathematics Directorate).

- 2003, Member, *Institute for Collaborative Biotechnologies*, University of California, Santa Barbara.

- 2002, Panelist, *Panel on proposals in Control Theory (Engineering Directorate)*, National Science Foundation.

- 2002, Member, *California NanoSystems Institute*, University of California, Santa Barbara.

- 2001, Participant, *National Science Foundation Workshop on "Frontiers of Mathematics in Geosciences", Institute for Mathematics and its Applications*, University of Minnesota.

- 2000, Participant, *Programme on "Geometry and Topology of Fluid Flows"*, Isaac Newton Institute for Mathematical Sciences (Cambridge, UK).

- 2000, Participant, *Meeting of the "Future Directions in Control and Dynamical Systems" panel*, Washington DC.

- 1999 Participant, *Programme on "Turbulence"*, Isaac Newton Institute for Mathematical Sciences (Cambridge, UK).

- 1999 ERCOFTAC Visiting Professor, Institut fur Flüiddynamik, ETH Zürich.

- 1996 Participant, *Programme on "Mathematical Modelling of Plankton Population Dynamics"*, Isaac Newton Institute for Mathematical Sciences (Cambridge, UK).


**Grants and industrial gifts:**

- 1997-2000 NATO "Chaos and Mixing in 3-Dimensional Maps and Flows" $4,591 Co-Principal Investigator (Co-PI).

- 1997-2000 AFOSR "Dynamics and Control of Instabilities and Mixing in Complex Fluid Flows; Applications to Jet Engines", $151,083, Principal Investigator (PI).

- 1997-2000 ONR "Transport and Mixing in Three-dimensional Oceanographic Flows" $120,000, PI.

- 1998-2001 NSF "Mathematical Methods of Chaotic Advection in Three-Dimensional Fluid Flows" $75,000, PI.

- 1998-99 Honda Research Initiation Grant "Control of Mixing and Applications in Three-Dimensional Fluid Flows" $25,000, PI.

19

- 1998-99 Propulsion Research Institute, Industrial gift. $12,000, PI.

- 1999 Ford Motor Company, Industrial gift. $10,000, PI.

- 1999-2003 "Nonlinear Dynamics and Control from Microscale to Macroscale", NSF CAREER $200,000, PI.

- 2000-03 AFOSR "Nonlinear Dynamics and Ergodic Theory Methods in Control of Fluid Flows: Theory and Applications" $380,000, PI.

- 2000- NSF ITR "Computational Infrastructure for Microfluidic Systems with Applications to Biotechnology" $2,900,000, Co-PI.

- 2000- Honda R&D Industrial gift. $40,000, PI.

- 2000- NSF IGERT "Development of a Graduate Education Program in Computational Science and Engineering with Emphasis on Multi-scale Problems in Fluids and Materials." $2,900,000, (co-PI).

- 2004 Institute for Collaborative Biotechnologies, "Modeling of microfluidics processes for improved sensitivity and accuracy of bio/chemical sensing devices". $50,000 (PI).

- 2003-2006 AFOSR "Nonlinear Dynamics and Ergodic Theory Methods in Control" $450,000 (PI).

- 2003-2004 DARPA seed funding for research on "Analytical systems engineering: methodology for design of complex systems subject to uncertainty". $750,000, (In collaboration with the United Technologies Research Center).

- 2004-2007 NSF-NIRT, "Titanium-Based Biomolecular Manipulation Tools", $1,000,000. (co-PI).

- 2005 -2008 NSF-DMS, "Design of attractors for enhanced sensitivity biosensing", $310,000 (PI).

- 2006-2008 AFOSR " Uncertainty Analysis and Control for Nonlinear, Multiscale, Interconnected Systems", $532,796 (PI).

- 2006-2009 DARPA "Robust Uncertainty Management, $2,291,315 (PI).

- 2007-2010 ONR "Drifter Motion Planning for Optimal Surveillance of the Ocean, $561,145 (PI).

- 2008-2009 DARPA "Design of Microstructure for Shape-Adaptive and Reflectance-Adaptive Materials, $250,000 (PI).

- 2009-2013 AFOSR "Dynamical Systems Analysis of Complex Networks $1,454,839 (PI).

- 2009 Ford Motor Company, Industrial gift $30,000 (PI).

- 2009 Lawrence Berkely Laboratory (via DOE) "Real time Assessment and Visualization of Model-Based Energy Performance in High-Performance Buildings". $50,000 (PI).

- 2008-2010 Lawrence Livermore National Laboratory, "Design of Dielectrophoresis-based Microfluidic Devices $145,000 (PI).

- 2009 Sandia National Laboratory, "Complexity Issues in Mathematical Modeling of Infrastructure System Models $50,000 (PI).

- 2010 Air Force Office of Scientific Research, "Inferring Structure and Forecasting Dynamics on Evolving Networks ", $143,793 (PI).

- 2010-2012 "3-D Effects, Robustness and Uncertainty Issues in Drifter and Glider Motion Planning for Optimal Surveillance of the Ocean (DRIMPOS)", $450,000 (PI).

- 2010-2015 Office of Naval Research "Dynamical Systems Theory and Lagrangian Data Assimilation in 4D Geophysical Fluid Dynamics", $725,880 (PI).

- 2010-2013 AFOSR "Multi-Scale Uncertainty Propagation in Dynamical Systems", $953,565 (co-PI).

- 2014-2017 "ONR Koopman Mode Decomposition and mixing in Fluid Flows PI" $179,753 (PI)

20

- 2011-2016 ARO "Dynamics of System of Systems and Applications to Net Zero Energy Facilities", $875,000 (PI).

- 2014-2019 ARO MURI "New Theoretical and Experimental Methods for Predicting Fundamental Mechanisms of Complex Chemical Process, 3,750,000. (co-PI).

- 2017- ARO MURI "From Data-Driven Operator Theoretic Schemes to Prediction, Inference, and Control of Systems (From DDOTS to PICS)", 6,500,000 (PI).

**Patents :**

- Systems and methods for analyzing building operations sensor data, Mezic, Igor; Eisenhower, Bryan A; US Patent 9,043,163 (2015)

- Energy infrastructure sensor data rectification using regression models, Georgescu, Michael V; Mezic, Igor; US Patent 20,150,371,151 (2015)

- System and method for stability monitoring, analysis and control of electric power systems, Mezic, Igor; Susuki, Yoshihiko; US Patent 20,160,084,889 (2016)

- Dynamic equilibrium separation, concentration, and mixing apparatus and methods, Mezic; Igor , Bottausci; Frederic , Tuval; Idan, US Patent 8,182,669 (2012)

**Students and postdoctoral fellows:**
*Thesis advisor:*

1. George Mathew, (Researcher, United Technologies Research Center)

2. Domenico D'Alessandro, Ph. D. ( Professor, Mathematics Department, Iowa State University).

3. Gregory Hagen, Ph. D. (Senior Researcher, United Technologies Research Center).

4. David Betz, Ph. D. (Researcher, Boeing Phantom Works).

5. Umesh Vaidya, Ph. D. (Professor, Electrical Engineering, Iowa State University).

6. Zoran Levnajić, M. S. (Professor, Novo Mesto, Slovenia).

7. Sophie Loire, Ph. D. (Research Fellow, Ecorithm, Inc.)

8. Marko Budišić, Ph. D. (Assistant Professor, Clarkson)

9. Bryan Eisenhower, Ph. D. (Associate Director, Center for Energy Efficient Design, University of California, Santa Barbara)

10. Ryan Mohr, Ph. D. (Senior Researcher, Aimdyn, Inc.)

11. Gunjan Thakur, Ph. D. (Research Scientist, Harvard)

12. George Gilmore, M. S. (Vice-President, Co-Founder of Mekube);

13. Blane Rhoads, Ph. D. (Intel Research)

14. Michael Georgescu, Ph. D. (Director of Research, Ecorithm)

*Postdoctoral fellows and research scholars:*

1. Emir Yasun 2016-

2. Milan Korda, 2016-

3. Alexandre Mauroy, (Assistant Professor, University of Namur, Belgium)

4. Yoshihiko Susuki, (Associate Professor, Osaka Prefecture University, Japan)

5. Yueheng Lan, (Professor, Tsinghua University, Beijing, China)

6. Maud-Alix Mader 2008-2011

7. Alice Hubenko 2007-

8. George Mathew, 2006-2007, 2008-2010

9. Symeon Griveopoulos 2006-2009

10. Kaixia Zhang 1997-1998 (General Electric Research),

22

23

11. Dmitri Vainchtein (Harvard, UCSB) 2000-2005,

12. Dong-Eui Chang (UCSB) 2002-2003,

13. Frederic Bottausci (UCSB) 2002-2007.

14. Sophie Loire, (2009-)

15. Bryan Eisenhower, (2009-2012)

16. Paul Kauffmann (2010-2012)

17. Marin Sigurdson 2013-2015

# EXHIBIT B

**[To be filed manually with the Court]**

# EXHIBIT C

# [To be filed manually with the Court]